1 | JUNE D. COLEMAN, CSBN 191890
jcoleman@kmtg.com
2 | DANIELLE R. TEETERS, CSBN 210056
dteeters@kmtg.com
3 | KRONICK, MOSKOVITZ, TIEDEMANN &
GIRARD
4 | 400 Capitol Mall, 27th Floor
Sacramento, CA  95814
5 | Telephone:     (916) 321-4500
Facsimile:     (916) 321-4555
6 |
7 | Attorneys for Defendant
PERFORMANT RECOVERY, INC., sued as
DIVERSIFIED COLLECTION SERVICES, INC.

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

12

| RAYMOND MAC GREGOR, | CASE NO.  C12-01983 RS |
| Plaintiff, | [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION |
| v. | |
| DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 to 10, inclusive, | |
| Defendants. | |

Based on the stipulation of counsel, the mediation deadline is hereby extended by approximately

sixty (60) days to March 1, 2013.

Dated: _ 1/3/13 _____

_____
Judge: Hon. Richard Seeborg

Kronick,
Moskovitz,
Tiedemann &
Girard
Attorneys At Law