JUNE D. COLEMAN, CSBN 191890
jcoleman@kmtg.com
DANIELLE R. TEETERS, CSBN 210056
dteeters@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
400 Capitol Mall, 27th Floor
Sacramento, CA  95814
Telephone:     (916) 321-4500
Facsimile:      (916) 321-4555

Attorneys for Defendant
PERFORMANT RECOVERY, INC., sued as
DIVERSIFIED COLLECTION SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND MAC GREGOR,<br><br>           Plaintiff,<br><br>v.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 to 10, inclusive,<br><br>           Defendants. | CASE NO.  C12-01983 RS<br><br>[~~PROPOSED~~] **ORDER EXTENDING DEADLINE TO COMPLETE MEDIATION** |

Based on the stipulation of counsel, the mediation deadline is hereby extended by approximately sixty (60) days to March 1, 2013.

Dated: _1/3/13_____      _____
                              Judge: Hon. Richard Seeborg

KRONICK,
MOSKOVITZ,
TIEDEMANN &
GIRARD
ATTORNEYS AT LAW

1018128.1 12344.052                    - 1 -                    C12-01983 RS