UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MAC GREGOR,<br><br>    Plaintiff,<br><br>    v.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.,<br><br>    Defendant. | Case No. 12-cv-01983-JST<br><br>**ORDER GRANTING STIPULATED EXTENSION OF MEDIATION DEADLINE**<br><br>Re: Dkt. No. 32. |

Before the Court is the parties' Stipulation Extending the Mediation Deadline. Dkt. No. 32. Pursuant to Rule 6-3(d) of the Civil Local Rules, the Court hereby grants the parties' request that the mediation deadline be extended to March 10, 2013.

**IT IS SO ORDERED**.

Dated: February 25, 2013

_____
Jon S. Tigar
United States District Judge